IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Alex Abou-Hussein, *pro se* ) | |
| Plaintiff, ) | |
| ) | C.A. No.: 09-cv-01988-RMG |
| v. ) | |
| Raymond Mabus, ) | |
| Secretary of Navy, ) | January 6, 2011 |
| **Defendant.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Alex Abou-Hussein, pro se, in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment on the above mentioned case, and relies on his motion for reconsideration under Fed. Rule Civ. P. 59(e), which was not granted by this esteemed court.

Respectfully,

Alex Abou-Hussein, pro se

1